UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ALEJANDRO SANCHEZ, et al., Plaintiffs, v. OCEANSIDE INVESTMENTS, INC., et al., Defendants. | Case No. 15-cv-03453-MEJ<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
|---|---|

    Having reviewed the parties' Joint Case Management Statement, the Court CONTINUES the Case Management Conference to December 17, 2015 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, CA 94102.  This conference shall be attended by <u>lead</u> trial counsel for parties who are represented.  All deadlines are adjusted accordingly.  The parties shall file an updated Joint Case Management Statement by December 10, 2015.  No chambers copy is required.

    **IT IS SO ORDERED.**

Dated: October 21, 2015

_____
MARIA-ELENA JAMES
United States Magistrate Judge