UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEJANDRO SANCHEZ, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>OCEANSIDE INVESTMENTS, INC., et al.,<br><br>    Defendants. | Case No. 15-cv-03453-MEJ<br><br>**ORDER DENYING MOTION TO WITHDRAW AS COUNSEL OF RECORD**<br><br>Re: Dkt. No. 23 |

Pending before the Court is the Mellen Law Firm's Motion to Withdraw as Counsel of Record for Defendants Oceanside Investments, Gable Jackson Payne, and Jeffe Payne Leffler. Dkt. No. 23. The Mellen Law Firm has also submitted a stipulation, signed by Defendants and their counsel, stating that Defendants have elected to proceed in pro per persona and are in the process of retaining new counsel. Dkt. No. 23-1. Pursuant to Civil Local Rule 3-9(b), "A corporation, unincorporated association, partnership or other such entity may appear only through a member of the bar of this Court." Accordingly, the Mellen Law Firm's Motion is DENIED WITHOUT PREJUDICE. The Mellen Law firm may withdraw only if Defendants file a stipulation for substitution of counsel.

**IT IS SO ORDERED.**

Dated: December 8, 2015

_____
MARIA-ELENA JAMES
United States Magistrate Judge