UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEJANDRO SANCHEZ, ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> OCEANSIDE INVESTMENTS, INC., et al., <br><br> Defendants. | Case No. 15-cv-03453-MEJ <br><br> **ORDER FOR MATTHEW MELLEN AND SARAH SHAPERO TO SHOW CAUSE** |

The Court allowed the Mellen Law Firm to withdraw as Gable Jackson Payne's counsel on the condition it continue to serve all filings on Mr. Payne and e-file proof of service thereof. Order, Dkt. No. 46 at 4. The Court issued orders on December 15, 2017 and January 9, 2018. Dkt. Nos. 85-86. The Court's January 9 Order stated that

> [n]othing in the record indicates Counter-Claimant Gable Jackson Payne's former counsel served the Court's [December 15] Order upon him. *See* [Docket]; Dkt. No. 46 (requiring Payne's former counsel to serve "all papers from the Court" on him and requiring counsel to "e-file proof of service" thereof). **Payne's former counsel shall immediately file proof that Payne was timely served with the Court's December 15, 2017 Order, as well as this Order.**

Dkt. No. 86 (emphasis added). As of the date of this Order, the Mellen Law Firm has not filed proof that it served Mr. Payne with the December 15 and January 9 Orders.[1] *See* Docket.

No later than January 29, 2018, Matthew Mellen and Sarah Shapero of the Mellen Law Firm shall file (1) proofs of service showing they promptly served Payne with the December 15 and January 9 Orders, and (2) declarations showing cause why the Court should not sanction them

---

[1] Matthew Mellen and Sarah Shapero received notice of both Orders, as they were emailed by the ECF System to their email addresses of record.

for failing to do so in violation of two Court orders.  The Court warns Mr. Mellen and Ms. Shapero that failure to timely respond shall result in the imposition of monetary and/or other sanctions.

**IT IS SO ORDERED.**

Dated: January 25, 2018

_____
MARIA-ELENA JAMES
United States Magistrate Judge